# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

134549

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

YVONNE MAURINO,
       Plaintiff-Appellee,

v

MARK E. STERN and STERN
& ORTNER, P.C.,
       Defendants-Appellants.

SC: 134549
COA: 275858
Wayne CC: 05-533987-NM

_____/

On order of the Court, the application for leave to appeal the June 27, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

Clerk

11022